IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 5:18-cr-00006-DCB-LRA

KEVIN SINGLETON, a/k/a Sing

## ORDER APPOINTING SUBSTITUTE CUSTODIAN

Before the Court is the Motion for Appointment of Substitute Custodian (Ct. Do. No. 24) filed by the United States of America. The Court finds the motion is well taken and should be granted. Accordingly, it is

HEREBY ORDERED that the Motion for Appointment of Substitute Custodian is GRANTED and the Drug Enforcement Administration is hereby substituted as custodian for the United States Marshals Service relating to the seizure of the (1) 2015 Ford F250, VIN 1FT7W2BT6FEC39967 from Defendant Kevin Singleton in this action.

SO ORDERED AND ADJUDGED, this the 3rd day of May , 2018.

s/David Bramlette
UNITED STATES DISTRICT JUDGE