IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 5:18-CR-00006 DCB-LRA

KEVIN SINGLETON, a/k/a Sing

## FINAL ORDER OF FORFEITURE

Before this Court is the United States of America's Motion for a Final Order of Forfeiture.

Mot. for Final Order of Forfeiture, ECF No. 124. Having reviewed the Government's motion, this

Court finds that it is well taken and should be GRANTED. In support of its Order, the Court finds

as follows:

WHEREAS, on April 29, 2019, this Court entered an Agreed Preliminary Order of

Forfeiture [ECF No. 117], ordering the Defendant, **KEVIN SINGLETON, a/k/a Sing**, to forfeit

the following assets:

| Criminal Forfeiture Identifier | Asset ID # | Asset Description |
|---|---|---|
| A-1 | 18-DEA-639242 | $1,142,413.01 United States Currency |
| A-2[1] | 18-DEA-639875 | $6,583.00 United States Currency |
| B-2[1] | 18-DEA-639637 | 2017 Dodge Ram 3500 Dually Truck, VIN: 3C63RRGL3HG545812 |
| B-3[1] | 18-DEA-639691 | 2016 Polaris Slingshot, VIN: 57XAATFA4G5198734 |
| B-6[1] | 18-DEA-639735 | 2012 Suzuki GSX Motorcycle, VIN: JS1GX72A2C2102654 |
| C-2[1] | 18-DEA-640358 | Assorted jewelry valued at $33,700.00: <br> a. One pair 14K white gold four-prong earrings; <br> b. One pair of jackets with 12 diamonds in each; <br> c. 14K white gold 18" bead chain; <br> d. 14K white gold cross with 11 round brilliant cut diamonds; <br> e. Man's white gold Rolex watch with diamond bezel-25-20 point diamonds |

---

[1] These assets, or the proceeds of the sale thereof, will be applied to the $150,000.00 money judgment listed herein as asset E-2.

| | | |
|---|---|---|
| D-1 | 18-ATF-013033 | DPMS INC (Defense Procurement MFG. Services) A15 Rifle CAL: 223 SN: DKF500411 |
| D-2 | 18-ATF-013036 | Glock GMBH 23 Pistol CAL: 40, SN: WTU804 |
| D-3 | 18-ATF-013037 | Smith & Wesson 442 Airweight Revolver CAL: 38, SN: CYD9527 |
| D-4 | 18-ATF-013039 | 44 Rounds Unknown Ammunition CAL: 223 |
| D-5 | 18-ATF-013040 | 30 Rounds Unknown Ammunition CAL: 223 |
| D-6 | 18-ATF-013041 | 66 Rounds Unknown Ammunition CAL: 223 |
| D-7 | 18-ATF-013042 | 5 Rounds Federal Ammunition CAL: 38 |
| D-8 | 18-ATF-013043 | 13 Rounds Assorted Ammunition CAL: 40 |
| D-9 | 18-ATF-013045 | 12 Rounds Hornady Ammunition CAL: 40 |
| D-10 | 18-ATF-013051 | 12 Rounds Assorted Ammunition CAL: 40 |
| D-11 | N/A | Any other ammunition |
| E-2 | N/A | A money judgment in the amount of $150,000.00 *in lieu of* 301 Johnson St., Natchez, Mississippi, with the sale of Criminal Forfeiture identifier properties **A-2, B-2, B-3, B-6,** and **C-2,** to be applied to the balance of the money judgment; and |

WHEREAS, assets D-1 through D-10 have been administratively forfeited, and are no longer an issue; and

WHEREAS, the United States of America caused to be published via the internet at www.forfeiture.gov, notice of this forfeiture and of the intent of the United States of America to dispose of the property in accordance with the law and as specified in the Preliminary Order, and notified all known third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no other potential claimants are known; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that the Defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. §§ 924(d)(1) and 21 U.S.C. § 853;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

the assets identified below:

| Criminal Forfeiture Identifier | Asset ID # | Asset Description |
|---|---|---|
| A-1 | 18-DEA-639242 | $1,142,413.01 United States Currency |
| A-2[2] | 18-DEA-639875 | $6,583.00 United States Currency |
| B-2[1] | 18-DEA-639637 | 2017 Dodge Ram 3500 Dully Truck, VIN: 3C63RRGL3HG545812 |
| B-3[1] | 18-DEA-639691 | 2016 Polaris Slingshot, VIN: 57XAATFA4G5198734 |
| B-6[1] | 18-DEA-639735 | 2012 Suzuki GSX Motorcycle, VIN: JS1GX72A2C2102654 |
| C-2[1] | 18-DEA-640358 | Assorted jewelry valued at $33,700.00: a. One pair 14K white gold four-prong earrings; b. One pair of jackets with 12 diamonds in each; c. 14K white gold 18" bead chain; d. 14K white gold cross with 11 round brilliant cut diamonds; e. Man's white gold Rolex watch with diamond bezel-25-20 point diamonds |
| D-11 | N/A | Any other ammunition |
| E-2 | N/A | A money judgment in the amount of $150,000.00 *in lieu of* 301 Johnson St., Natchez, Mississippi, with the sale of Criminal Forfeiture identifier properties **A-2, B-2, B-3, B-6,** and **C-2,** to be applied to the balance of the money judgment. |

are hereby forfeited to the United States of America pursuant to 18 U.S.C. §§ 924(d)(1) and 21

U.S.C. § 853.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and

interest to the property described above is hereby condemned, forfeited and vested in the United

States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction

in the case for the purpose of enforcing this Order.

---

[2]  These assets, or the proceeds of the sale thereof, will be applied to the $150,000.00 money judgment listed herein as asset E-2.

SO ORDERED, ADJUDGED, AND DECREED this  16th  day of October, 2019.


                                            s/David Bramlette

                                            UNITED STATES DISTRICT JUDGE